1  BRANDON N. ADKINS
   U.S. Department of Justice
2  Environmental Defense Section
   P.O. Box 7611
3  Washington, D.C. 20044
4  Tel: (202) 616-9174
   Fax: (202) 514-8865
5  Email: brandon.adkins@usdoj.gov

6  *Attorney for Defendant Andrew R. Wheeler*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>Plaintiffs,<br>v.<br><br>ANDREW R. WHEELER, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:19-cv-02462 RS<br><br>**STIPULATION AND ORDER TO ENLARGE DEFENDANT'S TIME TO ANSWER AND CONTINUE CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Plaintiffs Center for Biological Diversity and Sierra Club (collectively, "Plaintiffs") and |
| 2 | Defendant Andrew R. Wheeler, in his official capacity as the Administrator of the United States |
| 3 | Environmental Protection Agency ("Defendant," and together with Plaintiffs, the "Parties") |
| 4 | stipulate as follows: |
| 5 | WHEREAS, on May 7, 2019, Plaintiffs initiated this action by filing a Complaint for |
| 6 | Declaratory and Injunctive Relief, ECF No. 1; |
| 7 | WHEREAS, on May 16, 2019, Plaintiffs served the Summons and Complaint in this matter |
| 8 | on U.S. Attorney David L. Anderson; |
| 9 | WHEREAS, pursuant to Rule 12(a)(2), Defendant must serve an answer to the Complaint |
| 10 | within 60 days after service on the United States attorney, or July 15, 2019; |
| 11 | WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR |
| 12 | Deadlines ("Scheduling Order") set the Initial Case Management Conference in this matter for |
| 13 | August 8, 2019, at 10:00 a.m., and other associated deadlines, ECF No. 10; |
| 14 | WHEREAS, the Parties met and conferred on ADR and scheduling on June 28, 2019; |
| 15 | WHEREAS, the Parties have agreed to enlarge Defendant's time to answer the Complaint |
| 16 | and to request a continuance of the deadlines in the Scheduling Order to allow the Parties to assess |
| 17 | whether to engage in settlement discussions, and—if so—to engage in such discussions; |
| 18 | WHEREAS, the Parties have not previously requested any time modifications in this case; |
| 19 | **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among |
| 20 | the Parties: |
| 21 | 1. Defendant shall answer the Complaint by August 29, 2019. |
| 22 | 2. The Initial Case Management Conference shall be continued to Thursday, |
| 23 | September 12, at 10:00 a.m., or at such later date that is convenient for the Court, to give the Parties |
| 24 | a chance to assess the potential for and possibly begin settlement negotiations without involving |
| 25 | the resources of the Court. |
| 26 | 3. The Parties' ADR certifications shall be filed no later than twenty-one days in |
| 27 | advance of the Initial Case Management Conference. |
| 28 | |

4. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than seven days in advance of the Initial Case Management Conference.

5. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than seven days in advance of the Initial Case Management Conference.

Date: July 8, 2019         Respectfully submitted,

*/s/ Seth L. Johnson*
Seth L. Johnson (pro hac vice)
EARTHJUSTICE
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
Tel: (202) 667-4500
Fax: (202) 667-2356
sjohnson@earthjustice.org

*Attorney for Plaintiffs*

Date: July 8, 2019         Respectfully submitted,

*/s/ Brandon N. Adkins*
Brandon N. Adkins
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: brandon.adkins@usdoj.gov

*Attorney for Defendant*

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/10/19

_____
RICHARD SEEBORG
United States District Judge