1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

        Plaintiffs,

    v.

ANDREW R. WHEELER,

        Defendant.

Case No. 19-cv-02462-RS

**ORDER ON RESPONSIVE BRIEFING**

On December 11, 2019, the parties' motions for summary judgment were granted in part and denied in part. The Environmental Protection Agency was ordered to make and publish in the Federal Register a final attainment determination for Imperial County, California with respect to the 2008 national ambient air quality standards. The order was to be terminated upon notice of the Agency's compliance.

The Agency has since published the required determination. *See* 85 Fed. Reg. 11,817 (Feb. 27, 2020). It has now filed a notice of compliance and requested the order be terminated. Should plaintiffs wish to present any opposition, it should be filed by March 10, 2020.

**IT IS SO ORDERED**.

Dated: March 3, 2020

RICHARD SEEBORG
United States District Judge